UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

WILLIAM GERBER, JR.
LYNN TODD GERBER

CHAPTER 13
CASE NO. 07-22080 SBB

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202 OF
MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

TO ALL PARTIES IN INTEREST:

Notice is hereby given that the movants named below has applied to this Court or is intending to take action as follows: To modify the Debtors' Chapter 13 Plan confirmed on April 22, 2008 by extending the time for certain lump sum payments to be made from the sale of vehicles of the Debtors from May 30, 2008 to November 30, 2008. A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, or upon request from the undersigned attorney.

Pursuant to Rule 202 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action you must file a written objection and request for a hearing with the Court on or before August 6, 2008 and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of a timely and substantiated objection and request by an interested party, the court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

Dated July 9, 2008.

Attorney for Debtor

_____
J. Brent Garfield
112 N. Rubey Dr., Suite 200
Golden, Colorado 80403
(303) 736-1182

_____
Signature of Debtor

_____
Signature of Debtor

1

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:

WILLIAM GERBER, JR.
LYNN TODD GERBER

DEBTORS.

CHAPTER 13
CASE NO. 07-22080 SBB

CERTIFICATE OF SERVICE OF MAILING OF NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 202

I certify that a true and correct copy of the Debtors' Notice Pursuant to Local Bankruptcy Rule 202 of Debtors' Motion to Modify Chapter 13 Plan After Confirmation was placed in the US Mail, 1st class, postage prepaid on July 9, 2008 addressed to the persons listed below.

```
Sally Zeman
Chapter 13 Trustee
P.O. Box 1169
Denver, Colorado 80201

Ingersoll Rand Financial Services
Div of CitiCapital Corp
P.O. Box 6229
Carol Stream, IL 60197-6229

Chase
P.O. Box 78101
Phoeniz, AZ 85062

American Servicing Company
P.O. Box 60768
Los Angeles, CA 90060-0768

EMC Payment Processing
P.O. Box 660530
Dallas, TX 75266-0530

Aurora Loan Services
P.O. Box 78111
Phoenix, AZ 85062-8111

Ocwen
P.O. box 6440
Carol Stream, IL 60197-6440

Chase
P.O. Box 260161
Baton Rouge, LA 70826-0161
```

Wells Fargo
P.O. Box 660455
Dallas, TX 75266

Community Choice CU
6921 E. 72nd Ave.
Commerce City, CO 80022

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101-8088

Bank of America
P.O. Box 37291
Baltimore, MD 21297-3291

Bank of America
P.O. Box 37291
Baltimore, MD 21297-3291

Best Buy
Retail Services
P.O. Box 60148
City of Industry, CA 91716-0148

Capital One
P.O. Box 60024
City of Industry, CA 91716-0024

Care Credit Card
GE Money Bank
P.O. Box 960061-0061
Orlando, FL 32896-0061

Chase Mastercard
Card Member Services
PlO. Box 94014
Palatine, IL 60094-4014

Citi Cards
P.O. Box 6077
Sioux Falls, SD 57117-6077

Discover Financial Services
P. O. Box 30957
Salt Lake City, UT 84130-0957

John Obialero, Inc.
11130 W 44th Ave.
Wheat Ridge, CO 80033


First National Bank of Omaha

2

P.O. Box 2818
Omaha, NE 68103-2818

HSBC Retail Services
P.O. Box 5244
Carol Stream, IL 60197-5244

Lowes Commercial Credit Card
P.O. Box 530970
Atlanta, GA 30353-0970

US Bank
P.O. Box 790408
St. Louis, MO 63179-0408

1st Bank of Arvada
P.O. Box 507
Arvada, CO 80001

Anderson & Keil
12101 E 2nd Ave #202
Aurora, CO 80011

DEX Media
3190 S Vaughn Way 6 North
Aurora, CO 80014

Coface Collections North America, Inc.
P.O. Box 8510
Metairie, LA 70011-8510

C.C.S. Payment Processing Center
P.O. Box 52677
Phoenix, AZ 85072

Mcleod USA
P.O. Box 3243
Milwaukee, WI 53201-3243

Linebarger, Goggan, Blair & Sampson, LLP
600 Seventeenth St., Ste. 800 North
Denver, Colroado 80202

AT&T
P.O. Box 8212
Aurora, IL 60572-8212

Publishers Clearing House
P.O. Box 4002931
Des Moines, IA 50340-2931

Wells Fargo
7375 W. 52nd Ave, Ste 220
Arvada, Colorado 80002


Capital One Bank

3

P.O. Box 60024
City of Industry, CA 91716-0024

Washington Mutual Card Services
P.O. Box 660487
Dallas, TX 75266-0486

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

RPM
P.O. Box 4006
Bothell, WA 98041-4006

Bureau of Collection Recovery
P.O. Box 9001
Minnetonka, MN 55345-9001

Xcel Energy
P.O. Box 9477
MPLS, MN 55484-9477

Citi Cards
P.O. Box 6409
The Lakes, NV 88901-6409

Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

HindmanSanchez, PC
5610 Ward Road, Suite 300
Arvada, Colorado 80002-1310

Specialties Supply Co., Inc.
6479 E. 58th Ave.
Commerce City, CO 80022

Castle Meinhold & Stawiarski, LLC
999 18th Street, Suite 2201
Denver, CO 80202

_____
J. Brent Garfield

4