UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                          CHAPTER 13
                                                                CASE:  07-22080 SBB
WILLIAM GERBER, JR.
LYNN TODD GERBER

    DEBTOR(s).

---

OBJECTION TO MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files her Objection to Motion to Modify Confirmed Chapter 13 Plan and as grounds therefore states as follows:

1.  Debtors' modified plan is under funded.  11 U.S.C. §§ 1322(a)(1); 1325(a)(1).  Debtors' required plan payments are less than the amount the Trustee is to distribute.

The amounts to be Class 3 claims are inconsistent between the plan and the plan analysis.

2.  Debtors' plan fails to provide for the following secured claims that are listed on Debtors' Amended Schedule D:  EMC Payment Processing (EMC Condo Unit #130); EMC Loan Services (EMC Condo Unit #17); and Ocwen (EMC Condo Unit #64).  11 U.S.C. § 1325(a)(5).

3.  Debtors' plan unfairly discriminates against unsecured creditors.  11 U.S.C. §§ 1321(b)(2), 1325(a)(1).  Debtors' plan proposes to pay Chase's loan secured by a Hummer H2 through the plan although Debtors entered in to a Stipulation to pay the loan outside the plan (See Docket Numbers 57, 66, and 68).

4.  The Trustee reserves the right to report on the Debtor(s) payment history at the hearing on her Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

August 6, 2008

        Respectfully submitted,

        /s/  William R. Lambert
        William R. Lambert #18882
        Attorney for Chapter 13 Trustee
        P.O. Box 1169
        Denver, CO 80201
        (303) 830-1971
        (303) 830-1973 Fax

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Objection to Motion to Modify Confirmed Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on August 6, 2008 addressed as follows:

William Gerber, Jr. and Lynn Todd Gerber
7020 Arbutus Street
Arvada, CO  80004

J. Brent Garfield
112 N.Rubey Dr.
Suite 200
Golden, CO  80403

/s/     William R. Lambert
Chapter 13 Trustee Staff Member