UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                    Bankruptcy No. 07-22080-SBB
                                                          Chapter 13
WILLIAM GERBER, JR.,
LYNN TODD GERBER,
Debtors,

WELLS FARGO BANK, N.A.,
Movant,

WILLIAM GERBER, JR.,
LYNN TODD GERBER, and
Sally J. Zeman,
The Standing Chapter 13 Trustee,
Respondents.

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon motion made by WELLS FARGO BANK, N.A., for Relief from Stay, no response having been received thereto by the date set in the Notice for filing of such response, it is hereby

**ORDERED** that WELLS FARGO BANK, N.A., its predecessors, successors and assigns, is hereby granted Relief from Automatic Stay pursuant to 11 U.S.C. §362 (d) of the Bankruptcy Code, solely to proceed *in rem* against the following described property:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

More Commonly Known as: 7020 Arbutus Street, Arvada, CO 80004

AND such automatic stay is hereby terminated as to the above-described property and WELLS FARGO BANK, N.A. may proceed to pursue its state law rights and remedies allowed under the Note and Deed of Trust against the property.

Creditor is entitled to its reasonable attorney's fees and costs as set forth in its Motion for Relief and may collect the fees and costs as permitted by the Bankruptcy Code.

~~IT IS FURTHER ORDERED that the 10-day stay pursuant to F.R.B.P. 4001(a)(3) is lifted and WELLS FARGO BANK, N.A. may immediately implement and enforce this order granting relief from automatic stay.~~

DATED   November 19, 2008

                                                BY THE COURT:

                                                /s/ Sid Brooks
                                                Sidney B. Brooks,
                                                United States Bankruptcy Judge