UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO:  07-22080 SBB |
| WILLIAM GERBER, JR. | CHAPTER 13 |
| LYNN TODD GERBER | |
| Debtors | |

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss this case based on the following:

1. The Debtors failed to make the payments required by the Plan.

   A. The Debtors, in the above captioned case, filed the Plan and proposed current monthly payments of $ 450.00 per month or variable payments.

   B. The Confirmation Order dated April 22, 2008 orders the Debtors to pay the current sum of $ 450.00 commencing thirty days after the Plan is filed.

   C. The total paid into the Plan through July 7, 2010, is $52,500.00 the last payment having been received by the Trustee on May 26, 2010.

   D. Payment of $1,350.00 is required to be current through July 2010.

   E. THE DEBTORS SHALL BE ACCOUNTABLE FOR ANY PAYMENTS WHICH BECOME DUE AFTER THE DATE OF THIS MOTION AND UP TO THE DATE OF THE MEETING WITH THE TRUSTEE.

2. The Debtors have failed to comply with the following Plan Provision:

3. The Debtors' failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

   WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. Section 1307.

| | |
|---|---|
| Dated: July 7, 2010 | By:   s/Sally J. Zeman |
| | Sally J. Zeman #15319 |
| | Standing Chapter 13 Trustee |
| | P.O. Box 1169 |
| | Denver, CO 80201 |
| | Phone:  (303) 830-1971 |
| | Fax:  (303) 830-1973 |

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
WILLIAM GERBER, JR.

LYNN TODD GERBER

DEBTORS

CASE NO:  07-22080 SBB  
CHAPTER 13

## NOTICE OF STANDING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee has filed a Motion to Dismiss, due to the Debtors' failure to comply with the provisions of Chapter 13, Title 11, United States Code.  A copy of the Motion, specifying the grounds for dismissal, is enclosed.

NOTICE IS ALSO GIVEN that, if the Debtors desire to resolve the Standing Chapter 13 Trustee's Motion by written agreement and stipulation, then the Debtors must either **call the Trustee's office at 303-830-1971** no later than 7 days before the meeting date below, or meet with the Trustee at the following date and time:

| Location | Date & Time |
|---|---|
| 1888 Sherman Street<br>Suite 750<br>Denver, CO 80203 | July 26, 2010<br><br>12:30 – 2:00 PM |

NOTICE IS FURTHER GIVEN that, if the Debtors wish to appear before the Court to dispute the facts set forth in the Trustee's Motion to Dismiss, the Debtors must file a written objection and request for a hearing with the Court at 721 19th St., Denver, Co 80202, on or before July 26, 2010, and serve a copy thereof on the undersigned.  Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.  General objections will not be considered by the Court.

In the absence of either (a) a written agreement between the Debtors and the Standing Chapter 13 Trustee, or (b) a timely and substantiated objection and request for hearing by the Debtors, the undersigned may certify such facts to the Court and the Court may approve or grant the Standing Chapter 13 Trustee's Motion to Dismiss, without any further notice to the Debtor.

Dated: July 7, 2010

By:   s/Sally J. Zeman  
Sally J. Zeman # 15319  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, CO 80201-1169  
(303) 830-1971  
Fax:  (303) 830-1973

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion to Dismiss and the foregoing Notice were mailed, postage prepaid, in the U.S. mail on July 9, 2010, to the Debtors and to the Debtors' Attorney at the address shown:

WILLIAM GERBER, JR. and LYNN TODD GERBER, 7020 ARBUTUS STREET, ARVADA, CO 80004   ,  
J BRENT GARFIELD  LAW OFFICE 112 N RUBEY DR STE 200 GOLDEN, CO 80403

s/Sally J. Zeman  
Trustee's paralegal assigned to docket, P.O. Box 1169, Denver, CO 80201, 303-830-1971