UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                      CASE NO: 07-22080 SBB
WILLIAM GERBER, JR.                          CHAPTER 13

LYNN TODD GERBER

DEBTORS

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss in the above captioned proceeding because:

The Plan payments have been brought current.

Dated: July 22, 2010

                                                     Respectfully submitted,

                                                     /s/ Sally J. Zeman
                                                     Sally J. Zeman #15319
                                                     Standing Chapter 13 Trustee
                                                     P.O. Box 1169
                                                     Denver, CO 80201-1169
                                                     (303) 830-1971
                                                     FAX (303) 830-1973